IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DELLA SHORE, LISA ENGEL, MARK      )
RACZ, MICHAEL SCHWOB, AND          )
LYDIA WALKER, on behalf of         )
themselves, individually, and      )
on behalf of all others            )
similarly situated, and on         )
behalf of the Atrium Plans,        )
                                   )
            Plaintiffs,             )
                                   )
        v.                         )        1:18-CV-00961
                                   )
THE CHARLOTTE-MECKLENBURG          )
HOSPITAL AUTHORITY, ATRIUM         )
HEALTH RETIREMENT COMMITTEE,       )
JOHN AND JANE DOES 1-20,           )
MEMBERS OF THE ATRIUM HEALTH       )
RETIREMENT COMMITTEE, EACH AN      )
INDIVIDUAL, MEDCOST, LLC AND       )
MEDCOST BENEFIT SERVICES, LLC,     )
                                   )
            Defendants.             )

**<u>JUDGMENT</u>**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the motions to dismiss of Defendants The Charlotte-Mecklenburg Hospital Authority and Atrium Health Retirement Committee (Doc. 28) and Defendants MedCost LLC and MedCost Benefit Services, LLC (Doc. 31) are GRANTED, and the complaint is DISMISSED.

                            /s/   Thomas D. Schroeder
                            United States District Judge
August 30, 2019